**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ABHISHEK AGRAWAL, <br><br> Plaintiff, <br><br> v. <br><br> TERRAFORM GLOBAL, INC., et al., <br><br> Defendants. | Case No.  15-cv-06322-BLF |
| ANTON S. BADRI, <br><br> Plaintiff, <br><br> v. <br><br> TERRAFORM GLOBAL, INC., et al., <br><br> Defendants. | Case No.  15-cv-06323-BLF |
| SIMON FRASER, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN WUEBBELS, et al., <br><br> Defendants. | Case No.  15-cv-06326-BLF |
| IRON WORKERS MID-SOUTH PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> TERRAFORM GLOBAL, INC., et al., <br><br> Defendants. | Case No.  15-cv-06328-BLF |

MITESH PATEL,

      Plaintiff,

v.

TERRAFORM GLOBAL, INC., et al.,

      Defendants.

Case No. 16-cv-00073-BLF

**ORDER ADOPTING PRIOR BRIEFING SCHEDULE RE MOTIONS FOR REMAND; AND SUBMITTING MOTIONS FOR REMAND WITHOUT ORAL ARGUMENT UPON COMPLETION OF BRIEFING**

Prior to transfer of the above-titled actions to the undersigned judge, Defendants had filed motions for remand in each action, the previously assigned judge had set a briefing schedule on those motions, and the motions had been set for hearing on February 17, 2016.

The briefing schedule set by the previously assigned judge is hereby ADOPTED; in accordance with that schedule, reply briefs on the motions for remand shall be filed on or before February 10, 2016.

The undersigned judge has determined that the motions for remand are appropriate for disposition without oral argument. *See* Civ. L.R. 7-1(b). The motions will be SUBMITTED without oral argument upon completion of briefing.

**IT IS SO ORDERED.**

Dated: February 4, 2016

_____
BETH LABSON FREEMAN
United States District Judge

2